FILED

09/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0362

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0362

FILED

SEP 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

MASTERS GROUP INTERNATIONAL, INC.,

Third-Party Plaintiff, Appellee, and
Cross-Appellant,

V.

COMERICA BANK,

Third-Party Defendant, Appellant, and
Cross-Appellee.

ORDER

Before the Court is Appellant Comerica Bank's motion for leave to file an over-length opening brief of 15,000 words in its appeal of the Second Judicial District Court's judgment against it in the amount of more than $26 million, which includes a $16 million award of attorney fees. The motion is supported by the affidavit of counsel James H. Goetz, who identifies the myriad issues Comerica Bank intends to argue and represents that, having filed numerous appellate briefs in his more than fifty-year career, he believes he is "in a good position to judge relative complexity of a case and whether there is a need for a brief in excess of 10,000 words."

Appellee and Cross-Appellant Masters Group International, Inc., opposes the motion, reasoning that the Court is familiar with the case, that the appeal and cross-appeal "involve issues that are not complex or even particularly unusual[,]" and that the standard limits for briefing will be adequate to present those issues to the Court. Masters Group offers that it has no objection "[i]f Comerica Bank needs additional time to understand and express itself succinctly" within the 10,000-word limit.

This Court may grant motions to exceed the word limits of briefs, if good cause is shown and the case's complexity requires it. *Idaho Asphalt Supply, et al. v. State of Montana*, 1998 MT 312, ¶ 6, 292 Mont. 162, 974 P.2d 1117. As the parties both

point out, this Court does not grant requests for over-length briefs as a matter of routine practice but requires "an affidavit demonstrating extraordinary justification." M. R. App. P. 12(10). Comerica Bank's counsel has submitted a detailed affidavit that, among other things, reminds the Court of its own observation in the first appeal that "[w]e face[d] considerable challenges in addressing the parties' arguments[, due in part to] the word-number constraints and the number of issues involved in this appeal." *Master's Group Intern., Inc. v. Comerica Bank* ("*Comerica I*"), 2015 MT 192, ¶ 60, 380 Mont. 1, 352 P.3d 1101. The Court has not forgotten the case or its complexities. Both parties are represented by competent counsel with considerable appellate experience. We are persuaded to allow additional word limits for the parties' briefs in this case, with the caution that they choose judiciously the issues warranting appeal and with the hope that they are able to submit their arguments under the allotted limit.

IT IS THEREFORE ORDERED that Comerica Bank's motion to submit an over-length brief is GRANTED. The brief shall not exceed 15,000 words and shall in all other respects comply with the requirements of M. R. App. P. 11 and 12.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 15ᵗʰ of September, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2